COUNTY OF DUTCHESS, Respondent, *v.* MARY F. CARY, Appellant.

Submitted May 24, 1954; decided July 14, 1954.

*Joseph C. White* and *John K. Clark, Jr.*, for motion.

*David G. McCullough, County Attorney* (*William V. Welch* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.